UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 21-2029-DMG**<br>**BK # 1:18-bk-11965-MT** | Date | June 7, 2021 |

Title  *In re: Ian Jacoby*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

The court notes that the Appellant/Appellee has failed to submit a Certification of Interested Parties in accordance with Rule 2.1 of the Local Rules Governing Bankruptcy Appeals, Cases, and Proceedings (Chapter IV).

Appellant/Appellee are **ORDERED TO SHOW CAUSE** in writing by **June 14, 2021**, why this action should not be dismissed for failure to diligently prosecute. Failure of the appellant/appellee to adequately respond as required herein will be deemed their abandonment of the above action. In that event the above matter will be dismissed for failure to diligently prosecute and for failure to comply with the Court's order without further notice from the Court.

IT IS SO ORDERED.