UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 21-2029-DMG**<br>**BK # 1:18-bk-11965-MT** | Date | June 15, 2021 |

Title   *In re: Ian Jacoby*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS – ORDER TO SHOW RE: DISMISSAL FOR LACK OF PROSECUTION**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

\___   entered stamped copy of order, judgment, or decree,

_X__   statement of issues,

_X__   designation of record,

_X_   notice of transcripts, and

\___   filing fee.

Appellant is Ordered to Show Cause no later than **June 25, 2021**, why the appeal should not be dismissed for these deficiencies.  The Court may consider Appellant's filing of the missing required documents and fees to the Bankruptcy Court, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

IT IS SO ORDERED.